UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NADINE FRASER,

Plaintiff,

v.

Case No. 2:26-cv-1747-KCD-KRH

COBBLESTONE PROPERTY MANAGEMENT LLC, A FOREIGN LIMITED LIABILITY COMPANY,

Defendant.

_______________________________/

# ORDER

The Court entered three orders instructing pro se Plaintiff Nadine Fraser to tell the Court whether she is proceeding without counsel or have counsel file a notice of appearance. (Docs. 14, 15, 16.) These deadlines all passed with no word from Plaintiff. Ignoring the Court's orders is grounds for dismissal. "A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay." M.D. Fla. R. 3.10. Similarly, the Court has the "inherent power" to dismiss a case for lack of prosecution under its authority to manage its docket. *Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962).

Plaintiff was warned that failure to respond would result in dismissal. (Doc. 16.) Accordingly, it is now **ORDERED**:

1. Plaintiff's claims are dismissed without prejudice for failure to prosecute.

2. The Clerk is **DIRECTED** to enter judgment, terminate any pending deadlines, and close the case.

**ORDERED** in Fort Myers, Florida on October 28, 2026.

Kyle C. Dudek
United States District Judge